In the Matter of METROPOLITAN APARTMENTS, INC., Respondent; OTIS ELEVATOR COMPANY, Appellant.

(Argued April 26, 1932; decided May 10, 1932.)

*Henry W. Eaton, Talbot M. Malcolm* and *Francis A. Devin* for appellant.

*Abraham M. Grill, Samuel Mann, Maurice Feldman* and *Thomas E. Shea* for respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.